UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRI VI AU,

        Petitioner,

    v.

EDWARD ALAMEIDA, Warden,

        Respondent.

        No. C 04-2229 PJH (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

    This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. The court denied the petition in a ruling entered on July 10, 2007. Petitioner has filed a notice of appeal and an application for a certificate of appealability.

    A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

    For the reasons set out in the order denying the petition, jurists of reason would not find the result debatable or wrong. Petitioner's request for a certificate of appealability (document number 20 on the docket) is **DENIED**.

1   The clerk shall transmit the file, including a copy of this order, to the Court of
2 Appeals.  *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir.
3 1997).  Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P.
4 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see*
5 R.App.P. 22(b)(2).

6   **IT IS SO ORDERED.**

7 Dated:  August 7, 2007.

```
                                    PHYLLIS J. HAMILTON
                                    United States District Judge
```

28  G:\PRO-SE\PJH\HC.04\AU229.COA.wpd